United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY PROCESS SYSTEMS, INC.,<br><br>Defendants. | Case No.: CV 12-4886 PSG<br><br>**ORDER RE: BANKRUPTCY NOTICE AND STATUS UPDATES** |

On April 11, 2013, Plaintiff Trustees of the U.A. Local 393 Pension Fund, et al, ("Trustees") notified the court that Defendant Valley Process Systems, Inc. ("VPS") has filed for Chapter 11 bankruptcy. Pursuant to 11 U.S.C. § 362, this case is automatically stayed pending resolution of the bankruptcy case. The parties shall submit to the court every 120 days joint letter briefs with updates about the status of the bankruptcy case.

**IT IS SO ORDERED.**

Dated: April 11, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER