UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br>v.<br>VALLEY PROCESS SYSTEMS, INC.,<br><br>Defendant. | Case No. 5:12-cv-04886-PSG<br><br>**ORDER TO FILE STATUS REPORT** |

When the court stayed this case on April 11, 2013, it required the parties to file status reports every 120 days. No status report has been filed since December 2, 2013. No later than December 10, 2014, the parties shall file a report informing the court of the status of the bankruptcy case giving rise to the stay and whether a continuation of the stay is justified.

**SO ORDERED.**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge